Decided June 25, 1997

ALICIA K. EISENBACH ET AL. *v.*
AARON A. DOWNEY ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 45 Conn. App. 165 (AC 13517), is denied.

*Peter J. Dauk,* in support of the petition.

*Lawrence J. Merly,* in opposition.

Decided June 25, 1997